# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## INFORMAL BRIEF OF APPELLANT

Case Number: 24-1054

Short Case Caption: Horn vs. USA

Name of Appellant: Anthony Romero Horn, Sr.

> **Instructions:** Read the Guide for Unrepresented Parties before completing this form. Answer the questions as best as you can. Attach additional pages as needed to answer the questions. This form and continuation pages may not exceed 30 pages.
>
> Attach a copy of the trial court's opinion, order, and/or judgment. You may also attach other record material as an appendix. Any attached material should be referenced in answer to the below questions. Please redact (erase, cover, or otherwise make unreadable) social security numbers or comparable private personal identifiers that appear in any attachments you submit.

1. Have you ever had another case before this court?  ☐ Yes  ☒ No
   If yes, state the name and number of each case.

   [blank]

   RECEIVED
   OCT 23 2023
   United States Court of Appeals
   For the Federal Circuit

2. Did the trial court incorrectly decide or fail to take into account any facts?
   ☒ Yes  ☐ No
   If yes, what facts?

   FULL DISCLOSURE OF CHILD SUPPORT TERMS & VOLUNTARY PARTICIPATION BY CONSENT (ORAL OR WRITTEN ACKNOWLEDGEMENT, INCLUDING A 6 YEAR STATUTE OF LIMITATIONS WITH ORAL OR WRITTEN ACKNOWLEDGEMENT THEREIN. MOTION FOR DISCOVERY OF EVIDENCE TO SUPPORT MY CLAIMS, & CASE.

3. Did the trial court apply the wrong law? ☒ Yes ☐ No
   If yes, what law should be applied?

   > 28 USC 1691, 14th Amendment Due Process Clause 1,3, Title XI: Special Proceedings; Rule 73, 6th Amendment, 4th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment (Surety/Purge Bonds), Supremacy Clause Of The U.S. Constitution, Article VI Paragraph II Averment Of Jurisdiction, 45 CFR 303.5(2)(D)(19#(III), 43 USC 1301(10)(D), Lujan vs. Defenders Of Wildlife 504 U.S. 555, (June 12, 1992), 16 CFR 4321.1(f), Rule 26

4. Did the trial court fail to consider important grounds for relief?
   ☒ Yes ☐ No
   If yes, what grounds?

   > Unlawful/Illegal Processes, Lack of Proof of Due Process, Faulty Arrest Warrants, Illegal/Unlawful General Implied Consent, Lack of Legal Advisement should I have been given Full Disclosure or chosen to participate. Full Disclosure WAS NOT GIVEN NEITHER ACKNOWLEDGEMENT TO Full Disclosure either by Oral or Written Consent.

5. Are there other reasons why the trial court's decision was wrong?
   ☒ Yes ☐ No
   If yes, what reasons?

   > Discovery of All Facts & Evidence, that supports my claim & case, Rule 37 RCFC (I'm Entitled to a copy of All Discoveries of Evidence), Molly R. Silfen's Pecuniary & Financial Interests.

6. What action do you want this court to take in this case?

> Consider All Evidence, Grant Discovery for All Evidence Supporting My Claims; Full Disclosure By + Under Title XI: Special Proceedings; Rule 73, including Full Disclosure of a 6 Year Statute of Limitations that WAS NOT GIVEN!!!!

Date: 10/21/2023

Signature: *Anthony Romero Horn, Jr.*

Name: Anthony Romero Horn, Sr.



MELANNY Y ACEVEDO
Notary Public - State of Maryland
Prince George's County
My Commission Expires Nov 3, 2026

RECEIVED
2023 OCT 23 P 1:51
US COURT OF APPEALS
FEDERAL CIRCUIT