# In The United States Court Of Appeals For The Federal Circuit

Implied Surety: Anthony Romero Horn, Sr.

Vs.

The United States     Case(s): 1:23-cv-00509-MRS/24-1054

RECEIVED
SEP 11 2024
United States Court of Appeals for the Federal Circuit

## Notice Of Subrogation: Affidavit Of Truth

I, *Anthony Romero Horn Sr.*, a Living Soul, a Creditor, Claimant, Secured Party am not a STATUTORY PERSON on Earth, upon the land of The United States of America, within the Republic of The District Of Columbia, do solemnly declare and affirm in statement:

(a) I am the True Executor and Sole Beneficiary of the Capitalized Corporation Estate *ANTHONY ROMERO HORN (INC)* having attained the age of majority of the aforementioned matter;

- *"... every MAN is independent of all laws, except those prescribed by nature. He is NOT bound by ANY INSTITUTIONS formed by his fellow man WITHOUT HIS CONSENT". [Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.]*

*"A workman is worthy of his hire (Exodus 20:15; Leviticus 19:13; Matthew 10:10; Luke 10:7; II Timothy 2:6;.)- "It is against equity for free men not to have the free disposal of their own property".*

(b) I am not a "Joinder" neither am I in "Joinder" to the "Artificial Gift Of Person/Commercially Contracted Employee Balor", which was and is created to make me "Unwittingly" become the "Surety" for "Corporate Debt" of ANTHONY ROMERO

HORN (INC.), in a global system of debt-money bondage.

*I did not and have not consented to the contract offer presented to me/my ALL CAPS NAME corporate estate ANTHONY ROMERO HORN (INC) by the Legal Person Actor(s), and within this Affidavit Of Truth, reiterate my declination to their contract into Legal Fiction Commerce Liability through "Joinder" principles to the Legal Fictitious Name of My Estate.*

*For and On The Record, I am a Living Man, and the True Executor and Sole Beneficiary to My Estate, and that, is MY ONLY CAPACITY within these matters. I reserve all my rights, waiving none, without prejudice.*

> (c) I have bona fide good faith and knowledge that the Superior Court of the District Of Columbia, the United States Court of Federal Claims, and the United States Court of Appeals For The Federal Circuit has exceeded and overreached jurisdiction over my **GIFT OF PERSON COMMERCIALLY CONTRACTED EMPLOYEE BALOR** and subject matter;

> *- "Under our system of government upon the individuality and intelligence of the citizen, the STATE does not claim to control him/her, except as his/her conduct to others, (injured party) leaving him/her the sole judge as to all that affects himself/herself". [Mugler v. Kansas 123 U.S. 623, 659-60.]*

*For and On The Record, as a Living Man, hereby serve Notice that if you, the "Trustees", do not now provide me with 'articulable cause' that I am a 'party to a crime' against a potential or actual living victim, you agree that in fact, you do not have standing in these matters, and that you are liable in your private capacity, under penalty of perjury, accepting "your full commercial liability",*

*for any false claims made against me, and any resulting damages, whatsoever.*

*Show me the evidence of your jurisdiction over me/my estate as a Living Man. As the Director/True Executor and Sole Beneficiary of My Legal Person/Corporation/Trust, I grant to you- "10 Business Days" to respond "In Writing" providing proof of claim as to your 'legal or lawful jurisdiction' over me, failing to do so, you will become liable for any and all damages I have and may suffer.*

(c) I have been made Secondarily Responsible for Debt by and through processes by utilization of the Birth Certificate and Social Security Number under the ALL CAPS NAME (Gift Of Person) within Statutes imposing a "Double Liability" causing Damages to/against My Assets and livelihood. Statutory Offenses in Fraudulent Misappropriation and or Conversion of My Personal Information to acquire trifling sums, was committed with intent to cause harmful damages in sharing my personal information to third parties, allowing them to place liens against my assets and estate all caps name and or properties without "My Written or Oral Consent", by the agents/agency, employees, corporate officers, trustees, public officers or other persons acting in a Fiduciary Capacity or character; of "money or property"; the possession of which has been entrusted to them;

- *"For a Crime to exist, there must be an injured party. There can be no sanction or penalty imposed upon one because of this exercise of Constitutional Rights". [Sherar v. Cullen, 481 F. 945.]*

(d) I did not nor do not voluntarily submit myself to the jurisdiction of these Courts, neither did I nor will I consent to any

proceedings against my estate all caps name;

*"An unrebutted Affidavit stands as Truth in Commerce (I Peter 1:25; Hebrews 6:13-15).- "He who does not deny, admits".*

(e) I reserve all of my rights of my estate all caps name and self as the True Executor and Sole Beneficiary in these United States of America;

*- "The people of the State do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created". [Waring v. the Mayor of Savannah, 60 Georgia at 93.] (Stats. 1953, c. 1588, p.3270, sec. 1.)*

(f) I hereby claim my inalienable rights as a free and sovereign individual, including but not limited to the right to travel, the right to contract, and the right to be free from unlawful government interference;

*"Sacrifice is the measure of credibility (One who is not damaged, put at risk, or willing to swear an Oath that he consents to claim against his Commercial Liability in the event that any of his statements or actions is groundless or unlawful, has no basis to assert claims or charges and forfeits all credibility and right to claim authority)". (Acts 7 Life/Death of Stephen)*

(g) My Body is not to be used as "Surety" (Collateral) as the taking out of a loan, purchasing a vehicle or home- in thus if I had failed to meet the terms and conditions therein, then, my body

(or body of assets) would be seized until the contract has been satisfied. I, being the Implied Surety, having the highest value on this planet, am a neutral body, a noncombatant. I do not engage in controversy, controversy is what these courts are designed for, for two parties to volley back and forth- in which a Judge or Magistrate is the referee. Two opposing parties in which one serves the other, the one served can either choose to participate or opt out/decline the offer;

*"An unrebutted affidavit stands as the truth in Commerce (1 Peter 1:25; Hebrews 6:13-15".- "He who does not deny, admits".*

*"An unrebutted affidavit becomes the judgment in Commerce" (Hebrews 6:16-17. Any proceeding in a court, tribunal, or arbitration forum consists of a contest, or duel, of commercial affidavits wherein the points remaining unrebutted in the end stand as the truth and the matters to which the judgment of the law is applied.)*

The Superior Court of The District Of Columbia, United States Court Of Federal Claims, and United States Court Of Appeals For The Federal Circuit and agents involved in the aforementioned subject matter have committed and displayed Moral Turpitude and Constitutional Tort behavior, both against their Oaths as public servants and against me the Subrogee, and my rights to Subrogation;

U.S. v. Throckmorton, 98 US 61 WHEREAS, officials and even Judges have no immunity- (See Owen vs. City of Independence, 100 S Ct. 1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21: Officials and Judges cannot claim to act in good faith in willful Deprivation of Law, they certainly cannot plead ignorance of the law,

for learned Officials and Judges pleading ignorance of corrupt and unlawful acts they willfully engaged in, therefore is no immunity, Judicial or otherwise, in matters of rights secured by the Constitution for the United States of America;

*"A matter must be expressed to be resolved" (Hebrews 4:16; Philippians 4:6; Ephesians 6:19-21.)- "He who fails to assert his rights has none".*

November of 2008, the Superior Courts of the District of Columbia breached and overreached my rights in presuming me, the True Executor and Sole Beneficiary of the offices of my estate all caps name, as Joinder in liability and secondarily responsible for debt, to a program I did not agree nor consent, neither did I grant oral or written acknowledgement to being involved in, whilst omitting the terms in full disclosure that was not shared nor brought to my attention.

Under the acts and actions of the Legal Person Actor(s), the agency of Child Support Enforcement and the Superior Court of the District of Columbia acting as both Creditor and Tribunal in Child Support Proceedings, have placed liens upon and against my estate. *See Fuentes v. Pennsylvania Child Support Enforcement (2011)- Frazier v. Pennsylvania Child Support Enforcement (2014)- re: A.S.C. (2018)*

The Legal Person Actor(s) and Tribunals have been engaging within acts of Moral Turpitude and Constitutional Tort.

*"In Commerce, Truth is Sovereign" (Exodus 20:16; Psalms 117:2; Matthew 6:33; John 8:32; II Corinthians 13:8)- "To Lie, is to go against the mind".*

I am stating my declination to these 'Unlawful Sanctions' in writing.

*28 USC 453- Oath Of Justices and Judges; Each Justice or Judge of the United States shall take the following oath or affirmation before performing the duties of his/her office:*

*"I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and Laws of the United States, So Help Me God".*

*28 USC 455- Disqualification of a Justice, Judge, or Magistrate Judge; (a) Any Justice, Judge, or Magistrate Judge of the United States shall disqualify himself/herself in any proceeding in which his/her impartiality might be reasonably questioned; (b) He/She shall also disqualify himself/herself in the following circumstances:*

> *(1) Where he/she has a personal bias or prejudice concerning a party, or "personal knowledge of disputed evidentiary facts" concerning the proceedings"-*
>
> *(2) Where in private practice he/she "served as in the matter of controversy", or "a lawyer with whom he/she previously practiced law served during such association as a lawyer concerning the matter", or the judge or such lawyer has been a material witness concerning it;*
>
> *(3) Where he/she "has served in governmental employment and in such capacity participated as counsel", adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy-*

*36 USC 705.03; (a) Members.- The members of the corporation are- (1)*

*the members of the National Council of the Federal Bar Association, a nonprofit organization incorporated in the District Of Columbia, during their term of membership on that Council; and (2) other individuals the corporation provides for in the bylaws or otherwise-*

> *(b)Voting.- Each member has one vote on each matter submitted to a vote of the members.*

> *(c)Grounds for Disqualification.- An individual may not be a member, director, officer of the corporation if the individual-*

> *(1) is a member of, or advocates the principles of, an organization believing in, or working for, the overthrow of the United States Government by force or violence; or-*

> *(2) Refuses to uphold and defend the Constitution of the United States.*

Elaine Debra Kaplan, and Molly Rebecca Silfen, whose Legal Person Names are copywritten in Registry of The Crown, are an atrocity to their oaths and the offices of the Court of Federal Claims.

*Williamson v. U.S. Department of Agriculture, 815 F.2d, 369, ACLU Foundation v. Barr, 952 F.2d 457, 293 U.S. App. DC 101, (CA DC 1991).-*

*"It is the duty of all officials whether Legislative, Judicial, Executive, Administrative, or Constitutional to perform every official act as not to violate constitutional provisions".*

*"All are equal under the Law (God's Law- Ethical and Natural Law). (Exodus 21:23-25; Leviticus 24:17-21; Deuteronomy 1:17-18;*

*All means ALL, NOT A SELECT or PRIVATE ORGANIZATION OF A FEW...*

*Deuteronomy 19:21; Matthew 22:36-40; Luke 10:17; Colossians 3:25).- "No one is above the law". "Commerce by the law of Nations, ought to be common, and not to be converted into a Monopoly and the private gain of a few".*

*"Not every action by any judge is in exercise of his (her) judicial function. It is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the Courthouse, when a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses subject matter jurisdiction and the "Judge's Orders Are Void", of "No Legal Effect""- Yates vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962)*

*"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from days of Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335, 351". Manning v. Ketcham, 58 F.2d 948.*

*"A Void Judgment is one which, from its inception, was a complete nullity and without legal effect"- Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972). Hobbs v. U.S. Office of Personnel Management. 485 F.Supp. 456 (M.D. Fla. 1980).*

*"A Void Judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed".- City of Lufkin v. McVicker, 510 S.W. 2d 141 (Tex. Civ. App.- Beaumont 1973).*

*"A Void Judgment, insofar as it purports to be pronouncement of*

court, is an absolute nullity"-

Thompson v. Thompson, 238 S.W.2d 218 (Tex.Civ.App.- Waco 1951).

See 27 CFR ss72.11 "Commercial Crimes"

All Public Officials swore an Oath to uphold the Constitution, in which each State or Territory has its procedures, and they are not often followed, especially in the Lower Courts (District, Trial, Admiralty, Etc.). The Federal Rules Of Civil + Criminal Procedure is what supposed to be informative as to how things are supposed to be done at the Highest Level, in which State Procedures should and supposed to Comply with Federal Rules and Regulatory Procedures. Rather, instead, it is in business to incentivize and monopolize those entrusted with the duties of upholding the offices they're sworn to.

Business transactions override the Moral Character and the Dollar defines Decisive Measurements, the Integrity of Law is diluted, Contract creates Currency, and Trust is the Interests of the Trustees. This is a Civil Jurisdiction of Compelled Performance, in which has Criminal Penalties for non adherence to the letter of the contracts internationally, such as Willful Failure.

"A Lien or Claim can be satisfied only through rebuttal by Counter-Affidavit Point-for-Point, resolution by Jury, or payment (Genesis 2-3; Matthew 4; Revelations).- "If the plaintiff does not prove his case, the defendant is absolved".

ALL HAVE RIGHT TO A FAIR AND IMPARTIAL HEARING BEFORE A NEUTRAL DECISION MAKER, WHOM IS UNBIASED IN THEIR OPINION AND ORDER, without fear of Judicial Tampering, Evidentiary Facts must be brought into Considerable Light and Fairly and Thoroughly

*Reviewed in order to grant a Sound Judgment, and not whisked away and or denied to levy any proceeding.*

*Kara Marie Westercamp, Commercial Litigation Advocate, in Profession, and registree of the Crown as a Legal Personna, vilifies the Laws and the Procedurals and abuses them to her personal use with influence peddling. In order for a Contract of Compelled Performance to have and hold substantial effect, full disclosure and the understanding of the terms and conditions therein must be present, without surprise, willful neglect and failure to disclose with intent to deceive. A Ghost of a Six Year Statute of Limitations has no bearings nor effect, when the Implied is not and or was not made aware of it, neither gave Oral nor Written Acknowledgement to it- Ab Initio.*

*These are not the prescribed mannerisms of a true and trustworthy professional of law as a Trustee and Official of the office of Commercial Litigation.*

*Redfield v. Fisher, 292 P 813, at 819 {1930}- "...an Officer may be held liable for damages to any person injured in consequence of a breach of any of the duties connected with his office... The liability of nonfeasance, misfeasance, and for malfeasance in office is in his(her) individual, and not his(her) official capacity..."*

*70 Am. Jur. 2nd Sec. 50, VII Civil Liability- "Fraud destroys the validity of everything into which it enters".*

*Nudd v. Burrows, 91 U.S. 426, "Fraud vitiates everything".*

*Boyce v. Grundy, 3 Pet. 210- "Fraud vitiates the most solemn contracts, documents and even judgments".*

*A Void Order or Claim has no legal effect Ab Initio- from the*

*beginning/outset and therefore does not need to be "APPEALED", although for convenience it may sometimes be necessary to have it set aside (Lord Denning in MacFoy v. United Africa Co. Ltd. [1961] and Firman v. Ellis [1978] QB 866) whereas a 'voidable' order or claim has legal effect unless and until it is set aside. Therefore, while a void order or claim does not have to be obeyed and can be ignored and its nullity can be relied on as a defence when necessary (Wandsworth London Borough Council v. Winder [1985] A.C. 461).*

*A Void Order results from a "Fundamental Defect" in proceedings (Upjohn LJ in Re Pritchard (Deceased) [1963] 1 Ch 502 and Lord Denning in Firman v Ellis [1978] 3 WLR 1 or from a 'without jurisdiction;/ultra vires act of a "public body" or judicial office holder (Lord Denning in Pearlman v Governors Of Harrow School [1978] 3 WLR 736).*

*A 'without jurisdiction'/ultra vires act is any act which a Court did not have power to do (Lord Denning in Firman v Ellis [1978] QB 866).*

*Similarly, if the Higher Court's Order is founded on a Lower Court's Void Act or Invalid Claim, then the Higher Court's Decision will ALSO BE VOID (Lord Denning in MacFoy v United Africa Co. Ltd. [1961] 3 All ER).*

*"Truth is expressed by means of an Affidavit" (Leviticus 5:4-5; Leviticus 6:3-5; Leviticus 19:11-13; Numbers 30:2; Matthew 5:33; James 5:12).*

28 USC 1691; All writs and processes issuing from a Court of the United States shall be under the seal of the court and signed by the clerk thereof.

Title XI Special Proceedings Rule 73; (a) Trial by Consent. When

authorized under <u>28 U.S.C. ss636(c)</u>, a magistrate judge may, IF ALL PARTIES CONSENT, conduct a civil action or proceeding including a jury or nonjury trial. A RECORD MUST BE MADE in accordance with <u>28 U.S.C. ss636(c)(5).</u>

(b) Consent Procedure. (1) In General. When a magistrate judge has been designated to conduct civil actions or proceedings, the clerk must give the parties written notice of their opportunity to consent under <u>28 U.S.C. ss636(c)</u>. To signify their consent, the parties must jointly or separately file a statement consenting to the referral. A district judge or magistrate judge may be informed of a party's response to the clerk's notice only if all parties have consented to the referral.

> (2) Reminding the Parties About Consenting. A district judge, magistrate judge, or other court official may remind the parties of the magistrate judge's availability, but must also advise them that they are free to "withhold consent without adverse substantive consequences".

*With all of the aforementioned in this statement of Affidavit Of Truth: Elaine Debra Kaplan, Molly Rebecca Silfen, Lisa L. Reyes, Debra L. Samler, Jarrett B. Perlow, Claire C. Cecchi, Tiffany P. Cunningham, Kara Farnandez Stoll, Kara Marie Westercamp, Brian M. Boynton, William James Grimaldi, Patricia M. McCarthy, I, Anthony Romero Horn Sr., the Living Man- True Executor/Director and Sole Beneficiary of My Estate of ANTHONY ROMERO HORN INC., accept your Oaths of Office as Public Trustees and bind you to them. I remind you of My Sovereign Immunity while you carry out my orders:*

I need for EACH OF YOU, SEPARATELY yet COLLECTIVELY, to Certify My Equitable Rights to Subrogation In Writing, return to me My Assets IN THE FULL AMOUNT with Interests imposed for damages incurred [INCLUDING THE LOSS OF PERSONAL BELONGINGS AND FEES INCURRED], that you are liable for, during this heinous and very horrendous unlawful process, that belong to My Estate, Commercially Contracted Employee Balor Corporation of ANTHONY ROMERO HORN INC., RESTORE MY ESTATE PROPERTY of Commercial Driver's License and or Operating Privileges AND ALL 3 OF THE CREDIT REPORTS OF MY ESTATE.

I, Anthony Romero Horn Sr., the Living Man, Holder in Right of the Offices of Executor/Director and Sole Beneficiary for ANTHONY ROMERO HORN INC trust, hereby appoint Molly Rebecca Silfen in her Public Capacity to the Office of Trustee for said Trust, to make FULL SETTLEMENT AND CLOSURE OF THE ACCOUNT.

I certify that all of the aforementioned is both "True and Correct" under Penalty of Perjury of the Laws.

Signed: _Anthony Romero Horn, Jr._ this _6th_

Anthony Romero Horn, Sr.

day of _September_ 20_24_.

Notary Signature: _____

Commission Expiration Date: _05/25/2027_

Notary Seal: [SEAL: ISABELA RANGEL-ARICIAGA, NOTARY PUBLIC, ALABAMA STATE AT LARGE, Commission Expires 05/25/2027]

Page 14 of _14_

Anthony A. Horn, Sr.
102 Stonehaven Way
Pelham, Alabama 35124





RECEIVED
SEP 11 2024
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

United States Court Of Appeals Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place N.W.
Washington, D.C. 20439