

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 17, 2024

Anthony Romero Horn Sr.
1531 10th Avenue North
Bessemer, AL 35020

**Re: Horn v. US, Appeal No. 2024-1054**

Dear Mr. Horn,

    This letter responds to your submission received by the Clerk's Office on September 11, 2024. Final judgment has been entered in this case and it is now closed in this court.

    The above appeal was decided on June 7, 2024, and the mandate issued on July 29, 2024. Thus, no action will be taken on the submitted documents. Further related filings in this closed case will receive no response.

    Sincerely,

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk